[No. 23778-4-II. Division Two. March 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. EARL JAY ESHLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 98-1-02312-2, Bruce W. Cohoe, J., entered September 8, 1998. *Reversed* by unpublished opinion per Seinfeld, J., concurred in by Hunt, A.C.J., and Bridgewater, J.

[Nos. 23886-1-II; 25856-1-II. Division Two. March 30, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. DARIN THOMAS GUINN, *Appellant*.
*In the Matter of the Personal Restraint of* DARIN THOMAS GUINN, *Petitioner*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-03424-0, Marywave Van Deren, J., entered October 5, 1998, together with a petition for relief from personal restraint. Judgment *affirmed in part, reversed in part*, and *remanded* and petition *denied* by unpublished opinion per Armstrong, C.J., concurred in by Houghton and Bridgewater, JJ.

[No. 25065-9-II. Division Two. March 30, 2001.]

FREDERIC L. BROWN, *Appellant*, v. TUALATIN VALLEY BUILDERS SUPPLY, INC., *Respondent*, WESTWOOD HOMES, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Clark County, No. 98-2-00752-8, Edwin L. Poyfair, J., entered December 8, 1999. *Reversed* by unpublished opinion per Armstrong, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.